1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,      )      3:13-cr-00046-HDM-VPC
                                     )
12                   Plaintiff,      )
                                     )      ORDER
13   vs.                            )
                                     )
14   ROBERT HOWARD FERGUSON,         )
                                     )
15                   Defendant.      )
     _____)
16

17        On August 18, 2014, the United States Court of Appeals for the

18   Ninth Circuit issued an order dismissing and remanding defendant's

19   appeal due to his death.  Pursuant to *United States v. Oberlin*, 718

20   F.2d 894, 895 (9th Cir. 1983), and the remand order, the court

21   vacates the judgment and dismisses the indictment against

22   defendant.

23        IT IS SO ORDERED.

24        DATED: This 26th day of August, 2014.

25

26                                   _____

27                                   UNITED STATES DISTRICT JUDGE

28